IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C&D TECHNOLOGIES, INC. and TROJAN BATTERY COMPANY, LLC, Plaintiffs, <br><br> v. <br><br> ELLIOTT AUTO SUPPLY CO., INC., doing business as "FACTORY MOTOR PARTS," Defendant. | CIVIL ACTION <br><br><br> NO. 23-2608 |

## O R D E R

**AND NOW**, this 29th day of July, 2025, upon review of Defendant's Motion for Leave to File an Amended Answer, Affirmative Defenses, and Counterclaim (ECF No. 43), and Plaintiffs' Motion for Summary Judgment (ECF No. 54), it is hereby **ORDERED** that Defendant's Motion for Leave is **DENIED** and Plaintiffs' Motion for Summary Judgment is **GRANTED**.

It is further **ORDERED** that Plaintiffs submit to the Court a revised calculation of damages along with the necessary fee petition and legal support.

BY THE COURT:

/s/ Kelley B. Hodge

_____
HODGE, KELLEY B., J.